UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DWIGHT CLENDENNIN**,

   **Plaintiff**,

v.                                                   Case No. **5:20cv17-TKW-MJF**

**MAGIC BROADCASTING II, LLC**,

   **Defendant**.
_____/

## ORDER

Based on Plaintiff's notice of voluntary dismissal (Doc. 14), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk shall close the file.

**DONE and ORDERED** this 22nd day of July, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**